1  LYNNE C. HERMLE (STATE BAR NO. 99779)
   lchermle@orrick.com
2  ORRICK, HERRINGTON & SUTCLIFFE LLP
   1000 Marsh Road
3  Menlo Park, CA  94025
   Telephone:      +1-650-614-7400
4  Facsimile:      +1-650-614-7401

5  KENNETH P. HERZINGER (STATE BAR NO. 209688)
   kherzinger@orrick.com
6  BROOKE D. ARENA (STATE BAR NO. 238836)
   barena@orrick.com
7  ORRICK, HERRINGTON & SUTCLIFFE LLP
   The Orrick Building
8  405 Howard Street
   San Francisco, CA  94105-2669
9  Telephone:      +1-415-773-5700
   Facsimile:      +1-415-773-5759
10
   Attorneys for Defendant
11 McAfee, Inc.

12
                       UNITED STATES DISTRICT COURT
13
                      NORTHERN DISTRICT OF CALIFORNIA
14
                              OAKLAND DIVISION
15

16
   KENT H. ROBERTS                          Case No.  CV-09-4303
17
                 Plaintiff,
18                                          **STIPULATION AND [PROPOSED]
          v.                                ORDER ENLARGING TIME FOR
19                                          DEFENDANT MCAFEE, INC. TO FILE
   McAFEE, INC.,                            MOTION FOR ATTORNEYS' FEES AND
20                                          COSTS**
                 Defendant.
21

22

23

24

25

26

27

28
                                         STIPULATION AND [PROPOSED] ORDER ENLARGING
                                                    TIME FOR DEFENDANT MCAFEE TO FILE
                                                MOTION FOR ATTORNEYS' FEES AND COSTS
                                                                  CASE NO. CV-09-4303

1    IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Kent Roberts ("Roberts") and defendant McAfee, Inc. ("McAfee"), through their undersigned counsel of record, pursuant to Civil L.R. 6-2 as follows:

On March 8, 2010, the Court entered an order granting in part McAfee's motion to strike Roberts's complaint pursuant to California Code of Civil Procedure Section 425.16 ("Anti-SLAPP Motion"). McAfee has submitted a pleading stating that it intends to file a motion for attorneys' fees and costs in connection with its Anti-SLAPP Motion. Pursuant to Federal Rule of Civil Procedure 54, McAfee's deadline to file its motion for fees is March 22, 2010, 14 days following the Court's order granting in part the Anti-SLAPP Motion.

The parties seek to enlarge by two weeks the time in which McAfee must file its motion for fees. This two-week extension will permit McAfee to file its motion for fees on or before April 5, 2010. As set forth in the accompanying Declaration of Kenneth P. Herzinger in Support of this Stipulation and [Proposed] Order, Roberts requested this two-week extension in order to have adequate time to assess McAfee's claim of entitlement to attorneys' fees in connection with the Anti-SLAPP Motion and to give the parties additional time to meet and confer regarding McAfee's motion for fees.

Extending the foregoing deadline will have no additional impact on the schedule for the case as no other deadlines need rescheduling at this time. Accordingly, the parties stipulate to extend the deadline as set forth above, and respectfully request that the Court so order.

/ /
/ /
/ /
/ /
/ /
/ /
/ /
/ /

1

STIPULATION AND [PROPOSED] ORDER
ENLARGING TIME FOR DEFENDANT MCAFEE TO
FILE MOTION FOR ATTORNEYS' FEES AND COSTS
CASE NO. CV-09-4303

1  IT IS SO STIPULATED THROUGH COUNSEL OF RECORD.

3  Dated: March 19, 2010          ORRICK, HERRINGTON & SutCLIFFE LLP

                                       /s/ *Kenneth P. Herzinger*
                                       LYNNE C. HERMLE
                                       KENNETH P. HERZINGER
                                       BROOKE D. ARENA
                                       Attorneys for Defendant
                                       McAfee, Inc.

11 Dated: March 19, 2010          GILLESPIE, ROZEN & WATSKY P.C.

                                       /s/ *Hal S. Gillespie*
                                       HAL K. GILLESPIE
                                       JAMES D. SANFORD
                                       TIFFANY C. ALVOID
                                       Attorneys for Plaintiff
                                       Kent Roberts

16                                    **ORDER**

17 **FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO**

18 **ORDERED**.

20 Dated:      March 23, 2010      _____
                                       THE HONORABLE PHYLLIS J. HAMILTON
                                       UNITED STATES DISTRICT JUDGE

   *[Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Phyllis J. Hamilton]*