Hal K. Gillespie   (admitted *pro hac vice*)
James D. Sanford (admitted *pro hac vice*)
Tiffany C. Alvoid (admitted *pro hac vice*)
GILLESPIE, ROZEN & WATSKY P.C.
3402 Oak Grove Ave., Suite 200
Dallas, Texas 75204
Tel:       (214) 720-2009
Fax:      (214) 720-2291
E-mail:  hkg@grwlawfirm.com
            jsanford@grwlawfirm.com
            talvoid@grwlawfirm.com

Mary Dryovage, Cal. Bar No. 112551
LAW OFFICE OF MARY DRYOVAGE
600 Harrison St., Suite 120
San Francisco, CA 94107
Tel:       (415) 593-0095
Fax:      (415) 593-0096
E-mail:  mdryovage@igc.org

**ATTORNEYS FOR PLAINTIFF**

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| KENT H. ROBERTS, | ) Case No.: C-09-4303-PJH |
| Plaintiff, | ) |
| v. | ) STIPULATION AND [~~PROPOSED~~] |
| | ) ORDER CONTINUING THE HEARING |
| McAFEE, INC., | ) OF MCAFEE'S MOTION FOR |
| | ) ATTORNEY'S FEES AND APPELLATE |
| Defendant. | ) COST BOND |
| | ) |

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Kent H. Roberts ("Roberts") and defendant McAfee, Inc. ("McAfee"), through their undersigned counsel of record, under Civil Local Rule 6-2, as follows:

On April 5, 2010, McAfee, Inc. filed a motion claiming that it incurred $349,842.60 in attorney's fees related to its Anti-SLAPP motion (Doc. No. 73). Its motion seeks an award of $174,921.30 in fees and additionally an order requiring Plaintiff to post a bond for attorney's fees and costs on appeal in the amount of $150,000. McAfee noticed its motion for hearing on the Court's civil docket on May 12, 2010 at 9:00 a.m. Plaintiff intends to oppose the motion and, under Local Rule 7-3, his response is due on or before April 21, 2010. McAfee may file a reply by no later than April 28, 2010.

The parties seek to continue the hearing from May 12, 2010 to June 2, 2010 and to modify the briefing schedule in accordance with Civil Local Rule 7-7. As set forth in the declaration of Hal K. Gillespie in support of Plaintiff's administrative Motion to Continue the Hearing of McAfee's Motion for Attorney's Fees and Appellate Cost Bond (Doc. No. 79 ¶ 4), Plaintiff's lead counsel is scheduled for trial in the week of May 10, 2010 and is therefore unable to attend the May 12, 2010 hearing and argue Plaintiff's opposition. Both parties and their counsel are available for a hearing on June 2, 2010. A June 2, 2010 hearing date resets the date of Plaintiff's opposition to May 12, 2010 and McAfee's reply to May 19, 2010.

Continuing the hearing and extending the briefing schedule will have no additional impact on the case's schedule as no other deadlines need rescheduling at this time. Accordingly, the parties stipulate to moving the hearing of McAfee's Motion for Attorney's Fees and Appellate Cost Bond from May 12, 2010 to June 2, 2010 at 9:00 a.m., with corresponding modification to

STIPULATION AND [PROPOSED] ORDER
CONTINUING THE HEARING OF MCAFEE'S MOTION
FOR ATTORNEY'S FEES AND APPELLATE COST BOND
– CV – 09-4303-PJH

Page - 1

the briefing schedule in accordance with Civil Local Rule 7-7, and respectfully request that the Court so order.

IT IS SO STIPULATED THROUGH COUNSEL OF RECORD:

Dated: April 20, 2010

ORRICK, HERRINGTON & STUCLIFFE LLP

_____
LYNNE C. HERMLE
KENNETH P. HERZINGER
BROOKE D. ARENA
Attorneys for Defendant McAfee, Inc.

GILLESPIE, ROZEN & WATSKY, P.C.

Dated: April 20, 2010

_____
HAL K. GILLESPIE
JAMES D. SANFORD
TIFFANY C. ALVOID
Attorneys for Plaintiff Kent H. Roberts

## ORDER

FOR GOOD CAUSE SHOWN AND PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: April 21, 2010

_____
Hon. Phyllis J. Hamilton
United States

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

STIPULATION AND [PROPOSED] ORDER
CONTINUING THE HEARING OF MCAFEE'S MOTION
FOR ATTORNEY'S FEES AND APPELLATE COST BOND
– CV – 09-4303-PJH

Page - 2