UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KENT H. ROBERTS,

        Plaintiffs,

    v.

MCAFEE, INC.,

        Defendant.

_____/

No. C 09-4303 PJH

**ORDER**

    The motion of defendant McAfee, Inc. ("McAfee"), for attorney's fees is STAYED pending the Ninth Circuit's final disposition of the pending appeal of the court's order granting in part and denying in part McAfee's special motion to strike. Based on McAfee's withdrawal of its request for an appellate cost bond, that portion of the motion is terminated.

    The date for the hearing on McAfee's motion, previously set for June 2, 2010, is VACATED.

**IT IS SO ORDERED.**

Dated: May 26, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge